Submitted on remand from the Oregon Supreme Court July 13, 2000; argued on remand March 4, appeal dismissed as moot April 10, 2002

ANTHONY BOWERS,
*Appellant,*

*v.*

S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

96C-13862; A99945

43 P3d 1213

Harrison Latto argued the cause and filed the brief for appellant.

Lore Bensel, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Landau and Haselton, Judges.

PER CURIAM

## PER CURIAM

Plaintiff seeks review of the dismissal of his petition for a writ of habeas corpus. Plaintiff initiated this proceeding to challenge a 1996 order of the Board of Parole and Post-Prison Supervision setting his projected parole release date. Plaintiff's habeas corpus claim concerned only whether the projected parole release date was correct. Plaintiff has since been released on parole. Because the only relief plaintiff sought in this habeas corpus proceeding was parole release, this case has been mooted by his release on parole.

Appeal dismissed.